# Amended Exhibit B

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Frazier, Bennie and Charcie | 1:17-cv-02187 | FLINT COOPER, LLC |
| Maples, Gypsy | 1:18-cv-03033 | MCSWEENEY LANGEVIN LLC |
| Simes, Lisa | 1:19-cv-02517 | MCSWEENEY LANGEVIN LLC |
| Florence, Mylea | 1:19-cv-02780 | MCSWEENEY LANGEVIN LLC |
| Henning, Michael | 1:19-cv-03885 | MCSWEENEY LANGEVIN LLC |
| Delaney, Christine | 1:19-cv-04265 | MCSWEENEY LANGEVIN LLC |
| Mills, Jeffery | 1:19-cv-04807 | FLINT COOPER, LLC |
| Hereid, James | 1:20-cv-00368 | BEN MARTIN LAW GROUP |
| Robbins, Joyce | 1:20-cv-06130 | BEN MARTIN LAW GROUP |
| Beck, Lisa | 1:20-cv-06132 | BEN MARTIN LAW GROUP |
| Turner Jr, Edgar | 1:21-cv-00806 | MCSWEENEY LANGEVIN LLC |
| Saunders, Shirley | 1:21-cv-06486 | MCSWEENEY LANGEVIN LLC |
| James, Edward D. | 1:21-cv-06676 | BEN MARTIN LAW GROUP |
| Wilson, William | 1:21-cv-06694 | BEN MARTIN LAW GROUP |
| Williams, James Edward | 1:22-cv-06723 | BEN MARTIN LAW GROUP |

DMS_US.369244339.1